UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ETIENNE ROTHSCHILD,<br><br>Plaintiff,<br><br>v.<br><br>THE PACIFIC COMPANIES,<br><br>Defendant. | Case No.  23-cv-01721-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lisa J. Cisneros for consideration of whether the case is related to 23-cv-1713 LJC.

**IT IS SO ORDERED.**

Dated:  April 12, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge