UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ETIENNE ROTHSCHILD,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE ANN GILDRED, et al.,<br><br>Defendants. | Case No.  23-cv-01713-LJC<br><br>**ORDER RE: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: ECF No. 6 |

Plaintiff Thomas Etienne Rothschild filed an application to proceed *in forma pauperis* (IFP) on April 10, 2023.  ECF No. 2.  On May 2, 2023, the Court denied Mr. Rothschild's IFP application without prejudice because his application was incomplete as filed.  ECF No. 6.  Mr. Rothschild had until May 19, 2023 to submit an amended IFP application.  Id.  No amended IFP application has been filed, although the Court does take judicial notice of the fact that Mr. Rothschild filed amended IFP applications in the related case pending before this Court, Rothschild v. The Pacific Companies, No. 23-cv-01721-LJC, ECF Nos. 11, 12.  See Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746, n.6 (9th Cir. 2006) (federal courts "may take judicial notice of court filings and other matters of public record.")  Nevertheless, Mr. Rothschild is instructed that even though the two cases are judicially related, he is required to submit a separate, amended IFP application on the docket for this case for the Court's consideration.

//

//

//

//

//

1    Accordingly, Mr. Rothschild has until June 15, 2023 to submit his renewed IFP application
2 in the present matter.  Per the Court's prior Order, failure to do so may result in the reassignment
3 of this action to a district judge with a report and recommendation that the IFP application be
4 denied.  See ECF No. 6.

5    The Clerk shall include a copy of the IFP application with this Order.

6    **IT IS SO ORDERED.**

7 Dated: June 1, 2023

LISA J. CISNEROS
United States Magistrate Judge