UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYER AMSCHEL ROTHSCHILD,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHANIE ANN GILDRED, et al.,<br><br>    Defendants. | Case No.  23-cv-01713-LJC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF NAME CHANGE** |

On November 13, 2023, Plaintiff filed a Notice of Change of Address (ECF No. 31) under a name that is different from the name on the operative complaint.[1] See ECF No. 22 (Second Amended Complaint).  No later than fourteen days from the date of this Order, Plaintiff shall file a Notice of Name Change with an attached court record indicating that he has been granted a legal name change.

**IT IS SO ORDERED.**

Dated: November 17, 2023

LISA J. CISNEROS
United States Magistrate Judge

---

[1] After the Clerk of the Court notified Plaintiff that the email address on the Notice of Change of Address was different from what was on the docket, Plaintiff re-filed the identical Notice of Change of Address on November 15, 2023.  ECF No. 32.